```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER VALLE, et al.,

                    Plaintiffs,

-against-

LAMAR GOURMET DELI CORP, et. al,

                    Defendants.

24-CV-04547 (MMG)

**ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

    Defendants Lamar Gourmet Deli Corp., Third Ave Deli Gourmet Corp. d/b/a Diala Deli, Abrahim Kassim, and Marwan Kassim (collectively, the "Defendants") have not yet appeared in this matter and each appear to be in default.

    It is hereby ORDERED that if Defendants do not respond to the Complaint or appear by **December 20, 2024**, then by **January 6, 2025**, Plaintiffs must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiffs' counsel submits calculations in support of any motion for default judgment, Plaintiffs' counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov. It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **February 3, 2025**.

    Plaintiffs shall serve a copy of this Order on Defendants by first-class mail and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**. In the event Plaintiffs file a motion for default judgment, Plaintiffs shall serve the motion papers on Defendants by **January 9, 2025**, and shall file proof of such service by **January 10, 2025**.

    If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

Dated:  December 10, 2024
          New York, New York

                                                  SO ORDERED.

                                                  MARGARET M. GARNETT
                                                  United States District Judge