**SCOLNICK LAW**

Attorneys & Counselors at Law
office@scolnicklaw.com
www.scolnicklaw.com

| Queens Office | Manhattan Office | Ohio Office |
|---|---|---|
| 84-03 Cuthbert Road Suite 1B Kew Gardens NY 11415 | 30 Wall Street, 8th Floor New York, NY 10005 | 1014 Kenmore Blvd Akron, Ohio 44314 |
| T: (718) 554-6445 | T: (212) 709-8339 | T: (330) 800-9565. |
| F: (718) 717-7486 | F: (718) 717-7486 | F: (330) 800-2085 |

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Date: June 19, 2025

      Re:    Letter of Adjournment on Consent
      Case.: JAVIER VALLE and PEDRO CAMACHO, Individually and on behalf of all others similarly situated, Plaintiff, v. LAMAR GOURMET DELI CORP, THIRD AVE DELI GOURMET CORP d/b/a DIALA DELI, ABRAHAM KASSIM, Individually, and MARWAN KASSIM, Individually, (24-cv-04547-MMG)

Dear Judge Margaret M. Garnett

    I am writing on behalf of my clients, the Defendants in the above-referenced matter, to respectfully request an adjournment of the upcoming pre-trial conference, currently scheduled for next week, June 26, 2025. After discussions with my clients, Defendants are in the process of retaining new legal representation. To ensure a smooth transition and allow their prospective counsel adequate time to review the case file and prepare. Plaintiff's counsel, Clifford Tucker, Esq., has kindly consented to this request.

    We propose that the pre-trial conference be rescheduled to a date approximately **6 weeks** from the original date, June 26, 2025, or at the Court's earliest convenience thereafter. This will allow the Defendants' new counsel sufficient time to familiarize themselves with the matter before proceeding.

    Thank you for your time and consideration of this request.

Respectfully,

/s/Marc Scolnick
Marc Scolnick Esq., [MS4526]
Attorney for the Defendants
LAMAR GOURMET DELI CORP, THIRD AVE DELI GOURMET CORP d/b/a DIALA DELI, ABRAHAM KASSIM, Individually, and MARWAN KASSIM, Individually

---

GRANTED. The Initial Pretrial Conference previously scheduled for June 26, 2025 is hereby ADJOURNED until **August 7, 2025** at **9:30 A.M.** The deadline for the parties' joint pre-conference submissions is likewise ADJOURNED until **July 31, 2025**.

SO ORDERED. Dated June 23, 2025.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE