

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Jennifer A. Fleming
Ronald B. Groman
Madeline Howard
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
William W. Walis
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

August 4, 2025

Hon. Margaret M. Garnett
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 906
New York, NY 10007

Re:     *Valle v. Diala Deli LLC*
Case No.   1:24-cv-04547

Dear Judge Garnett:

We represent Plaintiff Javier Valle in the above-referenced matter. We respectfully submit this letter jointly with the Defense. The Court has scheduled the initial pretrial conference for August 7, 2025, at 9:30 a.m. in Courtroom 906.

The parties respectfully request that the Court either (1) convert the conference to a telephone or Microsoft Teams appearance, or (2) adjourn the conference sine die and so-order the parties' proposed Case Management Plan and Scheduling Order, which has been submitted via ECF.

The parties have conferred, agreed upon a proposed schedule, and begun to discuss the merits of the action. At this time, there are no disputes requiring the Court's attention. Counsel have worked cooperatively on prior matters and remain committed to moving this case forward efficiently.

In light of the parties' cooperation and agreement on scheduling, we respectfully submit that a remote appearance or an adjournment sine die would conserve judicial resources and reduce litigation costs.

We thank the Court for its attention to this matter.

Respectfully submitted,

By: _____/s/ Clifford Tucker_____
　　　　　　Clifford Tucker

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024

GRANTED.  The Initial Pretrial Conference previously scheduled for August 7, 2025 at 9:30 A.M. will be held on **August 7, 2025 at 11:00 A.M.** via Microsoft Teams.  The public one-touch dial-in information for the conference audio is: +1 646-453-4442,,28354947#.  A direct link to the conference will be sent to counsel of record via email.

SO ORDERED.  Dated August 4, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE