USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/04/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER VALLE and PEDRO CAMACHO, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

LAMAR GOURMET DELI CORP., THIRD AVE DELI GOURMET CORP d/b/a DIALA DELI, ABRAHIM KASSIM, individually, and MARWAN KASSIM, individually,

Defendants.

Case No. 1:24-cv-04547-MMG

~~[PROPOSED]~~ **JUDGMENT**

It is ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiffs Javier Valle and Pedro Camacho and against Defendants Lamar Gourmet Deli Corp., Third Ave Deli Gourmet Corp d/b/a Diala Deli, Abrahim Kassim, individually, and Marwan Kassim, individually, jointly and severally, pursuant to Defendants' accepted Offer of Judgment under Fed. R. Civ. P. 68, as follows:

1. Plaintiffs shall recover from Defendants, jointly and severally, $150,000.00, inclusive of all claims, damages, liquidated damages, statutory damages, penalties, prejudgment interest, attorneys' fees, costs, and expenses accrued through entry of judgment.
2. Plaintiffs shall accept $75,000.00 in full satisfaction of this judgment only if Defendants timely pay the full $75,000.00 in thirty (30) monthly installments of $2,500.00, beginning on August 1, 2026, and continuing on the first day of each month until paid in full. Until then, the $150,000.00 judgment remains in full force and effect. All payments shall be made to Sacco & Fillas LLP, as attorneys for Plaintiffs, in the manner designated in written payment instructions provided by Plaintiffs' counsel. Plaintiffs' counsel may update those payment instructions in writing, and the most recent written payment instructions shall control. All wire fees, credit-card

fees, merchant fees, processing fees, service charges, transfer fees, convenience fees, chargeback fees, reversal fees, bank fees, and other transaction costs shall be borne solely by Defendants and shall not reduce the $75,000.00 conditional satisfaction amount or any installment due. Sacco & Fillas LLP, as attorneys for Plaintiffs, must receive the full $2,500.00 installment amount net of all such fees and costs. Payment is deemed made only when received by Sacco & Fillas LLP, as attorneys for Plaintiffs, and finally cleared. On or before each payment due date, Defendants shall email proof of payment to Plaintiffs' counsel at CTucker@SaccoFillas.com. For each calendar year in which payments are made, Defendants shall timely issue to Sacco & Fillas LLP, using the taxpayer-identification information provided on its Form W-9, the applicable Form 1099 reflecting all payments made to Sacco & Fillas LLP during that calendar year, together with any other tax forms required by applicable law.

3. So long as Defendants are not in default after any applicable cure period, Plaintiffs shall forbear from enforcing this judgment.

4. A default occurs if any payment is not timely received and finally cleared by Sacco & Fillas LLP, as attorneys for Plaintiffs, if any payment is not made in accordance with Plaintiffs' counsel's written payment instructions, if proof of payment is not timely emailed to Plaintiffs' counsel, if any fee, charge, cost, deduction, chargeback, reversal, or transaction expense reduces the net amount received by Sacco & Fillas LLP, as attorneys for Plaintiffs, or if any payment is dishonored, reversed, stopped, rejected, charged back, or otherwise fails. Before enforcing this judgment based on default, Plaintiffs shall give notice by email to Defendants' counsel Stephen Hans at shans@hansassociates.com. Notice is deemed given upon transmission. Defendants shall have ten (10) calendar days from transmission to cure by paying all overdue amounts and any bank, wire, returned-payment, transaction, chargeback, reversal, or other fees or costs caused by the default.

5. Defendants shall have no more than three (3) notice-and-cure opportunities during the payment period. Each notice of default counts as one cure opportunity. After three cure opportunities are used, any further default terminates Plaintiffs' forbearance without further notice or cure.

6. Upon any uncured default, or any default after three cure opportunities have been used, Plaintiffs may immediately enforce this judgment in the amount of $150,000.00, less amounts actually received and finally cleared, plus post-judgment interest and reasonable attorneys' fees, costs, and expenses incurred in enforcement.

7. Within fourteen (14) days after Plaintiffs receive and confirm final clearance of the full $75,000.00, Plaintiffs shall file a satisfaction of judgment.

8. This judgment resolves only the claims of Plaintiffs Javier Valle and Pedro Camacho in this action and does not resolve or release claims of any other person.

Dated: ______________________

By: ____________________________
Margaret M. Garnett
United States District Judge

The Clerk of Court is respectfully directed to CLOSE this case.

SO ORDERED. Dated August 4, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE